JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| BSD CAPITAL, INC. d/b/a LENDISTRY,<br><br>        Plaintiff,<br><br>   v.<br><br>NILE B. THOMPSON; and DARRYLE M. FARRAR,<br><br>        Defendants. | Case No.: SACV 23-02100-CJC (KESx)<br><br>JUDGMENT |

    In this case, Plaintiff BSD Capital, Inc. (d/b/a Lendistry) alleges that Defendants Nile B. Thompson and Darryle M. Farrar breached their guaranty of a loan agreement they signed on behalf of FT Medical Group, LLC, which is not a party to this action. (*See* Dkt. 1 [Compl.] ¶¶ 9–43.)  The Court granted Lendistry's application for default judgment.  Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Lendistry and against Defendants.

In total, Lendistry is awarded **$1,514,689.78**, comprised of:

- $1,325,000 for repayment of the principal balance due Lendistry under the parties' agreements.

- $156,460.57 in accrued interest through January 24, 2024 according to the terms of the parties' agreements.

- $33,229.21 in attorneys' fees owed under the parties' agreements and in accordance with Local Rule 55-3.

The Court also awards costs in an amount to be evidenced in a subsequent bill of costs. Thompson and Lake are jointly and severally liable for these amounts.

DATED:    January 24, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**